IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-053-RLV-DCK

| | |
|---|---|
| **MILITARY ORDER OF THE PURPLE HEART AND MILITARY ORDER OF THE PURPLE HEART SERVICE FOUNDATION, INC.,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| **PURPLE HEART HOMES, INC.,** | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Corby C. Anderson, concerning Johanna M. Wilbert on October 22, 2014. Ms. Johanna M. Wilbert seeks to appear as counsel *pro hac vice* for Plaintiffs and Counter Defendants, Military Order of the Purple Heart, and Military Order of the Purple Heart Service Foundation, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Ms. Johanna M. Wilbert is hereby admitted *pro hac vice* to represent Plaintiffs and Counter Defendants, Military Order of the Purple Heart, and Military Order of the Purple Heart Service Foundation, Inc.

**SO ORDERED**.

Signed: October 22, 2014

David C. Keesler
United States Magistrate Judge